Cathy A. Dryden, Asst. Atty. Gen. (Douglas F. Gansler, Atty. Gen. of Maryland, Baltimore, MD), on brief, for respondent.

Argued before HARRELL, BATTAGLIA, GREENE, MURPHY, ADKINS, BARBERA, and JOHN C. ELDRIDGE, (Retired, Specially Assigned), JJ. ·

PER CURIAM ORDER.

The petition for writ of certiorari in the above entitled case having been granted and argued, it is this 13th day of October, 2010,

ORDERED, by the Court of Appeals of Maryland, a majority of the Court concurring, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.

6 A.3d 303

**In re LAYLA A., Mohammad A.**

**No. 19, Sept. Term, 2010.**

Court of Appeals of Maryland.

Oct. 13, 2010.

Thomas A. Appel, Assigned Public Defender, Owings Mills, MD, for petitioners.

Leslie K. Ridgway, Asst. Atty. Gen. (Douglas F. Gansler, Atty. Gen. of Maryland, Baltimore, MD), on brief, for respondents.

Matthew H. Fogelson, Asst. Public Defender (Paul B. De-Wolfe, Public Defender, Baltimore, MD), on brief, for respondents.

Argued before BELL, C.J., HARRELL, BATTAGLIA, GREENE, MURPHY, ADKINS and BARBERA, JJ.

PER CURIAM ORDER.

The petition for writ of certiorari in the above entitled case having been granted and argued, it is this 13th day of October, 2010,

ORDERED, by the Court of Appeals of Maryland, a majority of the Court concurring, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.

<hr>

6 A.3d 304

**ATTORNEY GRIEVANCE COMMISSION OF MARYLAND, Petitioner**

v.

**Richard SEIDEN, Respondent.**

**Misc. Docket AG No. 42, Sept. Term, 2010.**

Court of Appeals of Maryland.

Oct. 18, 2010.

## *ORDER*

This matter came before the Court on the Joint Petition for Placement on Inactive Status. Upon consideration of said petition, it is this 18th day of October, 2010